MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St. Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RANDY FIDELDY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-02668-CKD<br><br>DEFENDANT'S MOTION AND ORDER FOR AN EXTENSION OF TIME |

    Defendant, through her counsel of record, hereby moves the Court to extend Defendant's time for responding to Plaintiff's Motion for Summary Judgment by 46 days, from May 13, 2019 to June 28, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

    Defendant requests this extension due to her counsel's heavy workload, including, but not limited to, three appellate briefs due in the United States Court of Appeals for the Ninth Circuit and seven district court briefs that are due for imminent briefing.

///

Def.'s Mot. & Prop. Order for Ext.; 2:18-cv-2668-CKD

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's response to Plaintiff's Motion for Summary Judgment for review by this Court.

Defendant's counsel contacted both of Plaintiff's counsels on May 13, 2019 regarding this extension request, and as of this filing, has not heard back from either of them.

Defendant further requests that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

Defendant requests this extension in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: May 13, 2019

MCGREGOR W. SCOTT
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE